JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Justin Krendl, Administrator of the Estate of Matthew Krendl, deceased

### DEFENDANTS

INTERMARK TRANSPORT, et al. and Petrisor Bogdan Adrian

**(b)** County of Residence of First Listed Plaintiff    Van Wert
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Canada
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Curtis M. Fifner, Esq./Mark E. Defossez, Esq.
495 S. High Street, Suite 300, Columbus, OH 43215

Attorneys *(If Known)*

Theresa A.Edwards, Esq. and Bradley J. Barmen
1375 E. Ninth Street, #2250, Cleveland, OH  44114

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

### CIVIL RIGHTS

☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### PRISONER PETITIONS

**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY

☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

### LABOR

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

### IMMIGRATION

☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

### BANKRUPTCY

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES

☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1332, 1441, 1446
Brief description of cause:
Plaintiff, on behalf of decedent's estate file a wrongful death action after an 8/28/17 motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED OR REFILED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
09/30/2019

SIGNATURE OF ATTORNEY OF RECORD
Theresa A. Edwards

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**   Civil Categories: (Please check one category only).

1. [✔] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

\*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.** **RELATED OR REFILED CASES.** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action: [ ] is **RELATED** to another **PENDING** civil case [ ] is a **REFILED** case [ ] was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.** In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county

**COUNTY:** Medina

Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2) **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.

**COUNTY:**

(3) **Other Cases.** If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.

**COUNTY:**

**IV.** The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

[ ] AKRON      (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✔] CLEVELAND    (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN   (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] TOLEDO      (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

JS 44 Reverse  (Rev. 02/19)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JUSTIN KRENDL, Administrator of the Estate of Matthew Krendl, deceased, | Case No.: |
| Plaintiff, | Judge: |
| v. | Removed from State Court of Medina County, Case No.: 19CIV0835 |
| INTERMARK TRANSPORT, et al., | **NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |
| Defendants. | |

PLEASE TAKE NOTICE Defendants Intermark Transport ("Intermark") and Petrisor Bogdan Adrian ("Mr. Adrian," jointly, "Defendants"), pursuant to Fed. R. Civ. P 81(c) and 28 U.S.C. §§ 1332, 1441, and 1446, hereby submit this Notice of Removal, requesting removal of the State Court of Medina County action described below to the United States District Court for the Northern District of Ohio, Eastern Division. In support of the removal of this action, Defendants state:

1. On or about August 23, 2019, Plaintiff Justin Krendl, Administrator of the Estate of Matthew Krendl ("Plaintiff") filed suit against Defendants in the Medina County Court of Common Pleas, captioned *Justin Krendl, Administrator of the Estate of Matthew Krendl, deceased v. Intermark Transport, et al.,* Case No.: 19CIV0835 (the "State Court Action"). To date, the only documents filed in the State Court Action are the Complaint with Jury Demand and Returns of Service. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon these Defendants in the State Court Action are attached as Exhibit A.

2. On or about September 3, 2019, Intermark first received notice of Plaintiff's Complaint via certified mail. *See* Exhibit A. In accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, this Notice of Removal to the United States District Court is timely filed within thirty (30) days of Intermark's receipt of the initial pleading. *See* Exhibit A.

3. Pursuant to 28 U.S.C. §1441(a), venue of this action exists in this District Court because the Medina County Court of Common Pleas is located within the Northern District of Ohio, Eastern Division.

4. While Mr. Adrian has yet to be served by Plaintiff, he consents to the filing of this Notice of Removal.

5. According to Plaintiff's Complaint, Plaintiff is a resident of Ohio. *See* Exhibit A.

6. Intermark is a foreign corporation with its principal place of business in La Prairie, Quebec, Canada. *See* Exhibit A.

7. Mr. Adrian is a resident of Anjou, Quebec, Canada. *See* Exhibit A.

8. Thus, there exists complete diversity of citizenship between Plaintiff and Defendants.

9. As stated in his Complaint, due to the alleged negligence of Defendants, Plaintiff seeks to recover damages on behalf of the Estate of Matthew Krendl for the alleged wrongful death of Matthew Krendl as well as for the alleged severe emotional distress, mental anguish, and pre-death terror Matthew Krendl experienced prior to his death.

10. Plaintiff's Complaint requests damages on behalf of the survivors of Matthew Krendl and other next-of-kin for loss of support, loss of services, loss of society, mental anguish, funeral and burial expenses, and loss of prospective inheritance.

11. Plaintiff's claims and alleged damages underlie an amount in controversy in excess of $75,000.00. The amount in controversy therefore exceeds $75,000.00, exclusive of interest and costs.

12. This action is therefore one over which this Court has diversity jurisdiction pursuant to 28 U.S. C. § 1332, in that Plaintiff and Defendants are citizens of different countries and the value of the matter in controversy, exclusive of interest and costs exceeds, $75,000.00.

13. The State Court of Medina County, Ohio is situated within the jurisdiction of the United States District Court for the Northern District of Ohio, Eastern Division, making this the appropriate forum to entertain this action pursuant to 28 U.S.C. ¶ 1441(a).

14. As required, Defendants have given written notice of the filing of this Notice of Removal to Curtis M. Fifner, counsel of record for Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk for the Medina County Court of Common Pleas. A copy of Defendants' Notice of Filing Notice of Removal of Civil Action to the United States District Court is attached as Exhibit B.

WHEREFORE, Defendants respectfully request this matter be placed on the docket of this Court and the State Court of Medina County, Ohio, be enjoined from further proceedings in this matter.

3

Respectfully submitted this 30th day of September, 2019.

/s/Theresa A. Edwards
Theresa A. Edwards (0090971)
Bradley J. Barmen (0076515)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel. 216.344.9422 Fax 216.344.9421
Tera.Edwards@lewisbrisbois.com
Brad.Barmen@lewisbrisbois.com
*Counsel for Defendants Intermark Transport and Petrisor Bogdan Adrian*

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of September, 2019, a true and correct copy of the foregoing was sent to the Clerk of Courts for filing, and a copy was sent via electronic mail to the following:

Curtis M. Fifner, Esq.
Mark E. Defossez, Esq.
Donahey, Defossez & Evans
495 S. High Street, Suite 300
Columbus, Ohio 43215
cfifner@donaheylaw.com
mdefossez@donaheylaw.com
*Counsel for Plaintiff*

/s/Theresa A. Edwards
Theresa A. Edwards (0090971)
Bradley J. Barmen (0076515)
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Counsel for Defendants Intermark Transport and Petrisor Bogdan Adrian*

4

COPY

IN THE COURT OF COMMON PLEAS,
MEDINA COUNTY, OHIO

COMMON PLEAS COURT

2019 AUG 23 PM 3:23

FILED
DAVID B. WADSWORTH
MEDINA COUNTY
COMMON PLEAS COURTS

JUSTIN KRENDL, Administrator of the
Estate of Matthew Krendl, deceased
23464 Pohlman Road
Delphos, Ohio 45833

          Plaintiff,

vs.

INTERMARK TRANSPORT
c/o DOTPROCESSAGENTS.COM, LLC
1410 N. Porter Ave
Norman, OK 73070

and

PETRISOR BOGDAN ADRIAN
7000 Av Ronsard
Anjou, Quebec, Canada H1J 1Y5

          Defendants.

Case No.

19CIV0655

Judge

JOYCE V. KIMBLER, JUDGE

Case Designation: C- Other Torts

**COMPLAINT WITH JURY
DEMAND ENDORSED HEREON**

### COUNT ONE: WRONGFUL DEATH

1. Plaintiff Justin Krendl was appointed Administrator of the Estate of Matthew
   Krendl by the Probate Court of Van Wert County, Ohio on October 25, 2017. It
   is Probate Case Number 20171140. He brings this action on behalf of the Estate
   as a survivorship and wrongful death action on behalf of the survivors and
   beneficiaries of Matthew Krendl pursuant to Ohio Revised Code Section 2125.

2. Defendant Intermark Transport is a (Defendant Intermark) is a foreign corporation
   with a principal place of business in La Prairie, Quebec, Canada.

3. Defendant Petrisor Bogdan Adrian (Defendant Adrian) is a natural person
   residing in Anjou, Quebec, Canada.



COPY

4. On or about August 28, 2017, Defendant Adrian, while in the course of and arising out of his employment with Defendant Intermark, negligently operated his vehicle by failing to maintain reasonable control and failing to maintain an assured clear distance, causing injuries and the subsequent wrongful death of Plaintiff's decedent, Matthew Krendl.

5. Defendant Intermark is the employer of Defendant Adrian, and is directly responsible for his actions and omissions under the doctrine of *respondeat superior*.

6. As a direct and proximate result of said negligence, Plaintiff's decedent, Matthew Krendl suffered severe bodily injury, pain and suffering, a permanent and substantial physical deformity, the loss of use of a limb, and the loss of at least one bodily organ system.

7. Prior to his wrongful and untimely death, Plaintiff's decedent, Matthew Krendl, endured severe emotional distress, mental anguish, and pre-death terror.

8. As a further direct and proximate result of the negligent acts and omissions of Defendants Intermark and Adrian and the resultant wrongful death of Plaintiff's decedent, Matthew Krendl, the survivors of Plaintiff's decedent, and other next-of-kin, suffered damages which include one or more of the following:

   A. Loss of support from the reasonably expected earning capacity of Plaintiff's decedent;

   B. Loss of services of Plaintiff's decedent;

COPY

    C.  Loss of society of Plaintiff's decedent, including loss of companionship, care assistance, attention, protection, advice, guidance, counsel, instruction, training and education;

    D.  Mental anguish from the wrongful death of Plaintiff's decedent;

    E.  Funeral and burial expenses for decedent in an amount to be determined at trial; and

    F.  Loss of prospective inheritance.

9.  The foregoing entitle decedents' survivors to compensation in an amount reasonable, proper and commensurate with their losses herein.

WHEREFORE, Plaintiff demands money damages to which he is entitled against the defendants in excess of $25,000 each, and for all other relief to which he is entitled in law and equity.

Mark E. Defossez (0054578)
Curtis M. Fifner (0082599)
Donahey, Defossez & Evans
495 S. High Street, Suite 300
Columbus, OH 43215
Phone: (614) 224-8166
Fax: (614) 849-0475
Email: cfifner@donaheylaw.com
Attorneys for Plaintiff

## JURY DEMAND

Plaintiff requests that this case be heard by a jury of eight.

Curtis M. Fifner (0082599)
Attorney for Plaintiff



COPY

**IN THE COURT OF COMMON PLEAS,**
**MEDINA COUNTY, OHIO**

COMMON PLEAS COURT

2019 AUG 23  PM 3:23

JUSTIN KRENDL,                    :    Case No.:

            Plaintiff,        :        **19CIV0...**

FILED
DAVID B. WADSWORTH
MEDINA COUNTY
CLERK OF COURTS

v.                                 :    Judge:

INTERMARK TRANSPORT, INC., et al.,  :        **JOYCE V. KIMBLER, JUDGE**

          Defendants.        :

## INSTRUCTIONS FOR SERVICE

To the Clerk:

     Please issue a summons for service on the complaint via certified mail for the defendants at the following addresses:

INTERMARK TRANSPORT
c/o DOTPROCESSAGENTS.COM, LLC
1410 N. Porter Ave
Norman, OK 73070

PETRÍSOR BOGDAN ADRIAN
7000 Av Ronsard
Anjou, Quebec, Canada H1J 1Y5

     Please also fill out the Attestation/Certificate and serve a copy of the Request for Service Abroad of Judicial or Extrajudicial Documents pursuant to the Hague Convention on:

PETRISOR BOGDAN ADRIAN
7000 Av Ronsard
Anjou, Quebec, Canada H1J 1Y5


COPY

Respectfully submitted,

Curtis M. Fifner (0082599)
Donahey & Defossez
495 S. High Street, Suite 300
Columbus, Ohio 43215
Phone:  (614) 224-8166
Fax:  (614) 849-0475
Email:  cfifner@donaheylaw.com
Attorney for Plaintiff

2

COPY

# 19CTV0835

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Justin Krendl, Administrator<br>23464 Pohlman Road<br>Delphos, OH 45833 | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Medina County Clerk of Courts<br>93 Public Square,<br>Medina, OH 44256 |
|---|---|

The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir:

**(identity and address)**
(identité et adresse):
Petrisor Bogdan Adrian
7000 Av Ronsard
Anjou, Quebec, Canada H1J 1Y5

| | | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☒ | b) | in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)):<br>Certified Mail, return receipt requested (See Instructions for Service) |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* -
avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Complaint
- Summons

* if appropriate / s'il y a lieu

| Done at / Fait à 495 South High Stree, Suite 300, Columbus, OH 43215,<br><br>The / le 22 August, 2019 | Signature and/or stamp<br>Signature et / ou cachet<br><br>*(0085599)* |
|---|---|

COPY

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
   que la demande a été exécutée\*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number): a (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) in accordance with the following particular method\*: selon la forme particulière suivante\* : |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily\* par remise simple\* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person: Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
   que la demande n'a pas été exécutée, en raison des faits suivants\* :

| |
|---|

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| Documents returned: Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp Signature et / ou cachet |
|---|---|
| The / le | |



COPY

# WARNING
## AVERTISSEMENT

Identity and address of the addressee
Identité et adresse du destinataire
Petrisor Bogdan Adrian
7000 Av. Ronsard
Anjou, Quebec, Canada H1J 1Y5

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Medina County Clerk of Courts
93 Public Square
Medina, Ohio 44256
330-725-9722

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

COPY

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth
paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
(article 5, alinéa 4).

| Name and address of the requesting authority: Nom et adresse de l'autorité requérante : | Curtis M Fifner 495 South High Street, Suite 300 Columbus, OH 43215 614-224-8166 cfifner@donaheylaw.com |
|---|---|
| Particulars of the parties*: Identité des parties* : | Plaintiff- Justin Krendl, 23464 Pohlman Road, Delphos, OH 45833 Defendant #1- Intermark Transport, Inc., DOTPROCESSAGENTS.COM, LLC, 1410 N. Porter Ave, Norman, OK 74070 Defendant #2- Petrisor Bogdan Adrian, 7000 Av Ronsard, Anjou, Quebec, Canada H1J 1Y5 |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☐ JUDICIAL DOCUMENT**
    ACTE JUDICIAIRE**

| Nature and purpose of the document: Nature et objet de l'acte : | |
|---|---|
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute: Nature et objet de l'instance, le cas échéant, le montant du litige : | |
| Date and Place for entering appearance**: Date et lieu de la comparution** : | |
| Court which has given judgment**: Juridiction qui a rendu la décision** : | |
| Date of judgment**: Date de la décision** : | |
| Time limits stated in the document**: Indication des délais figurant dans l'acte** : | |

** If appropriate / s'il y a lieu

☐ EXTRAJUDICIAL DOCUMENT**
    ACTE EXTRAJUDICIAIRE**

COPY

| Nature and purpose of the document:<br>Nature et objet de l'acte : | |
| --- | --- |
| Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | |

** If appropriate / s'il y a lieu

**COPY**

# SUMMONS

Rule 4 1970 Ohio Rules of Civil Procedure

Court of Common Pleas, Medina County, 93 Public Square, Medina, OH 44256

**Case #: 19CIV0835**

To the following:

**INTERMARK TRANSPORT**
**C/O DOTPROCESSAGENTS.COM LLC**
**1410 N PORTER AVE**
**NORMAN, OK 73070**

You have been named as defendant in a complaint filed in the Medina County Court of Common Pleas by the following plaintiff: JUSTIN KRENDL

A COPY OF THE COMPLAINT IS ATTACHED HERETO

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within **twenty-eight (28) days** after the service of this summons upon you, excluding the date of service. Your answer must be filed with the court within **three (3) days** after the service of a copy of the answer on the plaintiff's attorney, or upon the plaintiff if there is no attorney of record.

The name and address of the plaintiff's attorney is as follows:

**CURTIS M FIFNER**
**DONAHEY DEFOSSEZ & EVANS**
**495 S HIGH STREET STE 300**
**COLUMBUS, OH 43215**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.



**DAVID B. WADSWORTH**
**Clerk of Courts**

8/28/2019

By: **AP,** Deputy Clerk

COPY

# SUMMONS

Rule 4 1970 Ohio Rules of Civil Procedure
Court of Common Pleas, Medina County, 93 Public Square, Medina, OH 44256

**Case #: 19CIV0835**

To the following:

**PETRISOR BOGDAN ADRIAN**
**7000 AV RONSARD**
**ANJOU, QUEBEC, CN H1J1Y5**

You have been named as defendant in a complaint filed in the Medina County Court of
Common Pleas by the following plaintiff: JUSTIN KRENDL

A COPY OF THE COMPLAINT IS ATTACHED HERETO

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the
plaintiff if he has no attorney of record, a copy of your answer to this complaint within
**twenty-eight (28) days** after the service of this summons upon you, excluding the date of
service. Your answer must be filed with the court within **three (3) days** after the service
of a copy of the answer on the plaintiff's attorney, or upon the plaintiff if there is no
attorney of record.

The name and address of the plaintiff's attorney is as follows:

**CURTIS M FIFNER**
**DONAHEY DEFOSSEZ & EVANS**
**495 S HIGH STREET STE 300**
**COLUMBUS, OH 43215**

Failure to appear and present a defense to this complaint will result in a judgment by
default being rendered against you for the relief demanded in the complaint.

8/28/2019



**DAVID B. WADSWORTH**
**Clerk of Courts**

By: **AP,** Deputy Clerk

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2120 7227 20

| | | |
|---|---|---|
| tified Mail Fee | $ | |
| turn Receipt (Hardcopy) | $ | |
| turn Receipt (Electronic) | $ | **Postmark Here** |
| tified Mail Restricted Delivery | $ | |
| tage | $ | |
| al Postage and Fees | $6.80 | 8-28-19 |

ent to:

INTERMARK TRANSPORT
C/O DOTPROCESSAGENTS.COM LLC
1410 N PORTER AVE
NORMAN OK  73070

**Reference Information**

**19CIV0835**

Form 3800, Facsimile, July 2015



COPY

# WALZ

Certified Mail Automation
*A Solution of LenderLive Services, LLC*

Walz Certified Mailer™ form #45663
Version E0218

Used with WCM Plus™ software

9590 9266 9904 2120 7227 23

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

COPY SS 187883US

| | Postage $ | Extra Services & Fees _(continued)_ |
|---|---|---|
| | Extra Services & Fees | ☐ Signature Confirmation $____ |
| | ☐ Registered Mail $____ | ☐ Signature Confirmation Restricted Delivery $____ |
| | ☐ Return Receipt _(hardcopy)_ $____ | |
| | ☐ Return Receipt _(electronic)_ $____ | Total Postage & Fees $ |
| | ☐ Restricted Delivery $____ | |
| | Customer Must Declare Full Value $ | Received by | *Outside Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).* |

AUG 28 2019
USPS · MEDINA

## OFFICIAL USE

**FROM**
Medina County Clerk of Courts
93 Public Square Rm 129
Medina OH 44266
19 CIV 0835

**TO**
Petrisor Bogdan Adrian
7000 Av Ronsard
Anjou, Quebec, CN H1J1Y5

PS Form **3806, Registered Mail Receipt**       Copy 1 – Customer
April 2015, PSN 7530-02-000-9051                  _(See Information on Reverse)_
For domestic delivery information, visit our website at *www.usps.com* ®

COPY

Declared Value: You must declare the full value of each Registered Mail™ article at the time of mailing.

Insurance Coverage:
Domestic: Insurance up to $50,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. The DMM is available online at http://pe.usps.com. Limitations on coverage include, but are not limited to, the following:

   Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.

   No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

International: Indemnity coverage for International Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings online at http://pe.usps.com for limitations of coverage, prohibitions, and restrictions. The sender receives payment for an international claim for a lost article or for damaged and/or missing contents, unless the sender waives the right to payment, in writing, in favor of the addressee.

**Filing a Domestic Claim**
*Claim for loss:* File a claim no sooner than 15 days but no later than 60 days from the mailing date — for an APO/FPO/DPO item, file no later than 1 year from the mailing date. Retain the original mailing receipt and proof of value.
*Claim for damage or missing contents:* File a claim immediately but no later than 60 days from the mailing date. Retain the original mailing receipt and proof of value, and also retain the article and mailing container.

Please file your domestic claim online at www.usps.com/domestic-claims. If you are unable to file online, call toll free 800-275-8777 for additional information.

**Filing an International Claim**
Before initiating an inquiry on an item mailed to a foreign country, allow sufficient time for delivery of the mailpiece in the foreign country.

To report the loss, damage, or missing contents of an item sent to a foreign country, please call our International Research Group at 800-222-1811. You will be asked to provide the relevant information regarding the item, including but not limited to the following: 1) item number appearing under the barcode; 2) names, addresses, and telephone numbers of the mailer and addressee; and 3) date of mailing.

The International Research Group will correspond with the respective post in the foreign country. Upon determination that a claim for the item should be initiated, we will provide you with a claim packet, which includes instructions on how to complete and submit the claim.

Inquiries and claims for loss of an international registered item must be filed within 6 months of the date of the mailing. File an inquiry for damage or for complete or partial loss of contents immediately but no later than 60 days from the mailing date.

PS Form 3806, April 2015 *(Customer Copy - Reverse)* PSN 7530-02-000-9051

COPY RS78789 US

| Postage $ | Extra Services & Fees (continued) |
|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | Total Postage & Fees |
| ☐ Return Receipt (electronic) $ | $ |
| ☐ Restricted Delivery $ | Received by |
| Customer Must Declare Full Value $ | Domestic Insurance up to $50,000 is included based upon the declared value, International Indemnity is limited. (See Reverse). |

USPS MEDINA OH 44256 AUG 28 2019

## OFFICIAL USE

**FROM**

Medina County Clerk of Courts
93 Public Square Rm 129
Medina OH 44256
19CIV0835

**TO**

Petrisor Bogdan Adrian
7000 Av Ronsard
Anjou, Quebec, CN  H1J7Y5

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051

*Copy 1 - Customer*
*(See Information on Reverse)*

For domestic delivery information, visit our website at *www.usps.com* ®

COPY

... FULL VALUE IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM .

eclared value: You must declare the full
alue of each Registered Mail™ article at the time
f mailing.

Insurance Coverage:
omestic: Insurance up to $50,000 is included
n the Registered Mail fee. Indemnity is limited
o the amount of declared value. Insurance is
rovided only in accordance with Postal Service™
egulations in the Domestic Mail Manual (DMM®)
hich sets forth the specific types of coverage,
erms of insurance, and conditions of payment.
he DMM is available online at http://pe.usps.com.
imitations on coverage include, but are not limited
, the following:

   Coverage extends to the least of (1) the actual
   (depreciated) value of the contents at the time
   of mailing, (2) the cost of repairs, or (3) the limit
   fixed for the insurance coverage obtained.

   No coverage is provided for articles improperly
   packaged or too fragile to withstand normal
   handling, concealed damage, spoilage
   of perishable items, prohibited articles,
   consequential losses, or delay.

ther limitations are set forth in the DMM.
overage terms and limitations are subject to
ange.

nternational: Indemnity coverage for international
egistered Mail is limited to the maximum set by
e Convention of the Universal Postal Union.
ee the International Mail Manual (IMM®) and
dividual Country Listings online at http://pe.usps.
m for limitations of coverage, prohibitions, and
estrictions. The sender receives payment for an
ternational claim for a lost article or for damaged
d/or missing contents, unless the sender waives
e right to payment, in writing, in favor of the
ddressee.

Filing a Domestic Claim

Claim for loss: File a claim no sooner than 15 days
but no later than 60 days from the mailing date —
for an APO/FPO/DPO item, file no later than 1 year
from the mailing date. Retain the original mailing
receipt and proof of value.

Claim for damage or missing contents: File a claim
immediately but no later than 60 days from the
mailing date. Retain the original mailing receipt and
proof of value, and also retain the article and mailing
container.

Please file your domestic claim online at
www.usps.com/domestic-claims. If you are
unable to file online, call toll free 800-275-8777 for
additional information.

Filing an International Claim
Before initiating an inquiry on an item mailed to a
foreign country, allow sufficient time for delivery of
the mailpiece in the foreign country.

To report the loss, damage, or missing contents of
an item sent to a foreign country, please call our
International Research Group at 800-222-1811. You
will be asked to provide the relevant information
regarding the item, including but not limited to the
following: 1) item number appearing under the
barcode; 2) names, addresses, and telephone
numbers of the mailer and addressee; and 3) date
of mailing.

The International Research Group will correspond
with the respective post in the foreign country.
Upon determination that a claim for the item should
be initiated, we will provide you with a claim packet,
which includes instructions on how to complete and
submit the claim.

Inquiries and claims for loss of an international
registered item must be filed within 6 months of the
date of the mailing. File an inquiry for damage or
for complete or partial loss of contents immediately
but no later than 60 days from the mailing date.

PS Form 3806, April 2015 (Customer Copy - Reverse) PSN 7530-02-000-8051

**COPY**

*Petrisor Bogdan*
*Adrian*

*Quebec*
*CN'*

```
=================================
            MEDINA
         303 N COURT ST
      MEDINA, OH 44256-9998
          385047-0256
          (800)275-8777
       08/28/2019 01:23 PM
=================================
=================================
---------------------------------
Product          Qty   Unit    Price
                      Price
---------------------------------
First-Class Intl  1   $1.15    $1.15
Letter
   (International)
   (Canada)
   (Weight:0 Lb 1.70 Oz)
Registered                    $16.00
   (Amount:$0.01)
Return Receipt                 $4.10
First-Class Intl  1   $1.15    $1.15
Letter
   (International)
   (Canada)
   (Weight:0 Lb 0.80 Oz)
Registered                    $16.00
   (Amount:$0.01)
Return Receipt                 $4.10
---------------------------------
Total:                        $42.50
---------------------------------


---------------------------------
Cash                          $43.00
Change                       ($0.50)
---------------------------------
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Please visit
https://www.usps.com/international/cus
oms-forms.htm to complete
International Mail customs forms
online and to ship packages from your
home or office using Click-N-Ship(R)
service.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5442-0199-002-00022-58812-02

or scan this code with
your mobile device:

COPY



A. Signature

X _____ ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type:
   ☒ Certified Mail
   ☐ Certified Mail Restricted Delivery
   Reference Information

19CIV0835

Domestic Return Receipt

COPY

9590 9266 9904 2120 7287 23

Article Addressed to:

INTERMARK TRANSPORT
C/O DOTPROCESSAGENTS.COM LLC
1410 N PORTER AVE
NORMAN OK 73070

Certified Mail (Form 3800) Article Number

9414 7266 9904 2120 7287 20

Form 3811, Facsimile, July 2015

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

COPY  USPS TRACKING #

9570 9256 9404 2120 7227 23

United States
Postal Service®

● Sender: Please print your name, address and ZIP+4® below ●

DAVID B WADSWORTH
MEDINA COUNTY CLERK OF COURTS
93 PUBLIC SQUARE ROOM 129
MEDINA OH 44256-2295

COMMON PLEAS COURT

2019 FEB -6  AM 10:26

FILED
DAVID B WADSWORTH
CLERK OF COUNTY
COURTS



COPY

Item Description
(Nature de
l'envoi).
(A remplir par le bureau d'origine.)
Completed by the office of origin.

☐ Insured Parcel
(Colis avec valeur déclarée)

☐ Registered
☐ Article (Envoi
recommandé)

☐ Letter
(Lettre)

☐ Printed
☐ Matter
(Imprimé)

☐ Other
☐ (Autre)

☐ Express
☐ Mail Inter-
national

Insured Value (Valeur déclarée)

Article Number

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)

Petrisor Bogdan Adrian

Street and No. (Rue et No.)

7000 Av Ronsard

Place and Country (Localité et pays)

Anjou, Quebec, Canada H1J1Y5

This record must be signed by (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the registry by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des réglements du pays de destination, ou, si ces réglements le comportent, par l'agent du bureau de destination. Cet envoi par le premier courrier directement à expéditeur).

Postmark of the office of
destination. (Timbre du
bureau de destination)

Completed at destination.
(A compléter à destination.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature
du destinataire)

Office of Destination Employee Signature
(Signature de l'agent du bureau de
destination)

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775

---

**SIGNATURE**

Registered Mail™ Courrier Recommandé™

CANADA POSTES
POST CANADA

TRACKING NUMBER RE 055 187 883 US

No DE REPÉRAGE

HB0230M

2019-09-03 12:18

43-074-298 (19-10)

**COPY**

In the Court of Common Pleas, Medina County, Medina, Ohio
## Notice of Failure of Service

Case Number:19CIV0835

**CURTIS M FIFNER**
**DONAHEY DEFOSSEZ & EVANS**
**495 S HIGH STREET STE 300**
**COLUMBUS, OH 43215**


**JUSTIN KRENDL -VS- INTERMARK TRANSPORT**


You are hereby notified of the failure of service upon:

**PETRISOR BOGDAN ADRIAN**
**7000 AV RONSARD**
**ANJOU, QUEBEC, CN H1J1Y5**

**Reason:**
**INCOMPLETE ADDRESS**
**SUMMONS AND COMPLAINT**

**By:**
**  X  **    Registered Mail
__      Regular Mail with Certificate of Mailing
__      Medina County Sheriff
__      Process Server
pursuant to Rule 4 through Rule 4.6 of Ohio Rules of Civil Procedure.

**DAVID B. WADSWORTH**
Clerk of Courts
93 Public Square
Medina, OH 44256

September 24, 2019

<u>HC</u>
Deputy Clerk

## IN THE COURT OF COMMON PLEAS
## MEDINA COUNTY, OHIO

JUSTIN KRENDL, Administrator of the
Estate of Matthew Krendl, deceased,

Plaintiff,

v.

INTERMARK TRANSPORT, et al.

Defendants.

CASE NO.: 19CIV0835

JUDGE: JOYCE V. KIMBLER

**NOTICE OF REMOVAL TO FEDERAL
COURT**

TO:    Clerk of the State Court of Medina County, Ohio
       93 Public Square
       Medina, Ohio 44256

TO:    Plaintiff Justin Krendl, Administrator of the Estate of Matthew Krendl, and his attorneys
       Curtis M. Fifner, Esq. and Mark E. Defossez, Esq.

PLEASE TAKE NOTICE on September 30, 2019, Defendants Intermark Transport and

Petrisor Bogdan Adrian duly filed a Notice of Removal, a copy of which is attached hereto as

Exhibit A, removing this action in its entirety to the United States District Court for the Northern

District of Ohio, Eastern Division pursuant to 28 U.S.C.§ 1441.

DATED this 30th day of September, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Theresa A. Edwards (0090971)
Bradley J. Barmen (0076515)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel. 216.344.9422 Fax 216.344.9421
Tera.Edwards@lewisbrisbois.com
Brad.Barmen@lewisbrisbois.com
*Counsel for Defendants Intermark Transport and
Petrisor Bogdan Adrian*

**EXHIBIT**

**B**

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of September, 2019, a true and correct copy of the foregoing was sent to the Clerk of Courts for filing, and a copy was sent via electronic mail to the following:

Curtis M. Fifner, Esq.
Mark E. Defossez, Esq.
Donahey, Defossez & Evans
495 S. High Street, Suite 300
Columbus, Ohio 43215
cfifner@donaheylaw.com
mdefossez@donaheylaw.com
*Counsel for Plaintiff*

/s/ T. Edwards
Theresa A. Edwards (0090971)
Bradley J. Barmen (0076515)
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Counsel for Defendants Intermark Transport and
Petrisor Bogdan Adrian*