# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUSTIN KRENDL, Administrator of the Estate of Matthew Krendl, deceased,<br><br>Plaintiff,<br><br>v.<br><br>INTERMARK TRANSPORT, et al.,<br><br>Defendants. | Case No.: 1:19CV2277<br><br>Judge: Christopher A. Boyko<br><br>**STIPULATION FOR DISMISSAL** |

Now come the Parties, by and through their undersigned counsel, and hereby stipulate that all claims are hereby settled and dismissed, with prejudice, with each party to bear its own costs. The Court shall retain jurisdiction to enforce all settlement terms.

Respectfully submitted,

*/s/Curtis M. Fifner per 3.26.22 email consent*
_____
Curtis M. Fifner (0082599)
Elk & Elk Co., Ltd.
5555 Frantz Road, Suite 200
Dublin, Ohio 43017
cfifner@elkandelk.com
*Counsel for Plaintiff Justin Krendl, Administrator of the Estate of Matthew Krendl, deceased*

*/s/Theresa A. Edwards*
_____
Theresa A. Edwards (0090971)
Bradley J. Barmen (0076515)
Lewis Brisbois Bisgaard & Smith
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
Tera.Edwards@lewisbrisbois.com
Brad.Barmen@lewisbrisbois.com
*Counsel for Defendants and Counterclaimants Intermark Transport and Bogdan Adrian Petrisor*

**CERTIFICATE OF SERVICE**

      I hereby certify a copy of the forgoing was filed electronically on March 28, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

      /s/*Theresa A. Edwards*
Theresa A. Edwards (0090971)
*Counsel for Defendants Intermark Transport and Bogdan Adrian Petrisor*